| Fill in this information to identify your case |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** |
| Debtor 1: Edward   Anthony   Romero        Case #: |
|           First Name   Middle Name   Last Name |
| Debtor 2: _____     Chapter: |
|           First Name   Middle Name   Last Name |

## Local Bankruptcy Form 1007-6.1
## Statement Under Penalty of Perjury Concerning Payment Advices

Complete the applicable sections and check the applicable boxes.

### Part 1  Statement

I, **Edward Romero,** state as follows:

I did not file with the court copies of some or all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

- ☒ I was not employed during the period immediately preceding the filing of the above-referenced case. **Debtor has been unemployed since 1994**
- ☐ I was employed during the period immediately preceding the filing of the above referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition.
- ☐ I am self-employed and do not receive any evidence of payment from an employer.
- ☒ Other: **Debtor receives Social Security Benefits**

### Part 2  Verification of Debtor

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 31, 2018                    By: *Edward Romero*
                                                                                               Signature of Debtor