United States Bankruptcy Court
District of Colorado

In re:   Edward Anthony Romero   )
        Debtor(s)   )   Bankruptcy No.: 18-19534-JGR
           )   Chapter: 7

ORDER FOR PAYMENT OF FILING FEES IN INSTALLMENTS
AND NOTICE OF DISMISSAL IN THE EVENT OF DEFAULT

Debtor's Application to Pay Filing Fee in Installments is GRANTED, and

**IT IS ORDERED** that the Debtor pay the filing fee prescribed by 28 U.S.C. § 1930(a) in installments on the following terms:

1) $_____ submitted
   $ 125.00 balance of 1st installment due on or before 11/14/2018
2) $ 105.00 on or before 12/12/2018
3) $ 105.00 on or before 1/9/2019

**IT IS FURTHER ORDERED** that until the filing fee is paid in full the Debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case. Fees should be paid by the Debtor's attorney, unless the Debtor does not have an attorney. Fees may be paid in person at the Court or by mail to U.S. Bankruptcy Court, 721 19th Street, Denver, CO 80202. The Court does not accept personal checks or credit cards from debtors. All cash payments must be exact, as the Court does not make change.

**IT IS FURTHER ORDERED AND NOTICE IS HEREBY GIVEN TO THE DEBTOR AND TRUSTEE** that the failure to make any designated payment on time may result in the immediate dismissal of the case, unless a timely objection to dismissal for non-payment is filed with the Court within 3 business days of the specific installment payment deadline missed or a Notice of Possible Dividends has been filed by the Trustee, then G.P.O. 2015-1 applies. *See* 11 U.S.C. §707(a)(2) or 1307(a)(2), as applicable, and Fed. R. Bankr. P. 1017(b).

**IT IS FURTHER ORDERED, AND NOTICE IS HEREBY GIVEN** that in the event this case should be dismissed for the Debtor's failure to pay the statutory filing fees and failure to appear before the Court in proper prosecution of the case, the Debtor shall be barred from payment of filing fees in installments in any subsequently filed case pursuant to G.P.O. 2009-3-SO-13, and may be further barred from filing a petition in this Court for 180 days pursuant to 11 U.S.C. § 109(g).

Dated: 11/1/2018

FOR THE COURT:
Kenneth S. Gardner, Clerk

By: dg
    Deputy Clerk

## SCHEDULE OF PAYMENTS

Installment payments in debtor cases by chapter shall be made in no less than the following amounts and no later than the following days after filing the petition:

| Payment (days after filing) | Chapter 7 | Chapter 11 | Chapter 12 | Chapter 13 |
|---|---|---|---|---|
| First Payment (within 14 days of the petition date) | $125 | $600 | $125 | $125 |
| Second Payment (within 42 days of the petition date) | $105 | $600 | $75 | $95 |
| Third Payment (within 70 days of the petition date) | $105 | $517 | $75 | $90 |