Certificate Number: 03088-CO-DE-031940557

Bankruptcy Case Number: 18-19534



03088-CO-DE-031940557

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 24, 2018</u>, at <u>4:14</u> o'clock <u>PM CST</u>, <u>Edward A Romero</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Colorado</u>.

Date: <u>November 24, 2018</u>

By: <u>/s/Tania Roman</u>

Name: <u>Tania Roman</u>

Title: <u>Counselor I</u>