United States Bankruptcy Court
District of Colorado

In re:  
Edward Anthony Romero  
    Debtor

Case No. 18-19534-JGR  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1082-1      User: admin      Page 1 of 1      Date Rcvd: May 23, 2019  
                          Form ID: 177      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2019.
```
db              +Edward Anthony Romero,    1631 Argonne Street,    Aurora, CO 80011-5289
18178448        +Comenitybank/legndpine,   Po Box 182789,    Columbus, OH 43218-2789
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18178444        +EDI: TSYS2.COM May 24 2019 04:33:00      Barclays Bank Delaware,    Attn  Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
18178445        +E-mail/Text: bankruptcynotices@canvas.org May 24 2019 00:36:04      Canvas Credit Union,
                 7055 E Evans,    Denver, CO 80224-2403
18178446        +EDI: CAPITALONE.COM May 24 2019 04:33:00      Capital One,    Attn  Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
18178447         EDI: WFNNB.COM May 24 2019 04:33:00      Comenity Capital Bank/HSN,    Attn  Bankruptcy Dept,
                 Po Box 18215,    Columbus, OH 43218
18178449        +EDI: WFNNB.COM May 24 2019 04:33:00      Comenitybank/wayfair,    Attn  Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
18178450        +EDI: DISCOVER.COM May 24 2019 04:33:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
18178451        +E-mail/Text: bankruptcy@hsn.net May 24 2019 00:36:31      HSN,    PO Box 9090,
                 Clearwater, FL 33758-9090
18179691        +EDI: RMSC.COM May 24 2019 04:33:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
18178452        +EDI: RMSC.COM May 24 2019 04:33:00      Synchrony Bank/Care Credit,    Attn  Bankruptcy Dept,
                 Po Box 965061,    Orlando, FL 32896-5061
18178453        +EDI: RMSC.COM May 24 2019 04:33:00      Synchrony Bank/Walmart,    Attn  Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 10
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:
```
              David V. Wadsworth    dwadsworth@wgwc-law.com, CO30@ecfcbis.com
              George  Dimitrov    on behalf of Debtor Edward Anthony Romero 5280bankruptcy@gmail.com,
               DimitrovGR69942@notify.bestcase.com;Springs5280bankruptcy@gmail.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Edward Anthony Romero** | Social Security number or ITIN **xxx–xx–9611** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Colorado** | | |
| Case number:   **18–19534–JGR** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward Anthony Romero

5/23/19

**By the court:**   Joseph G. Rosania Jr.
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318 COB#177 b318_7   **Order of Discharge**   page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**